RECEIVED

DEC 15 PM 1:56

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED VAN LINES, LLC,

Plaintiff,

v.

JEFFREY W. EDWARDS, et al.

Defendant.

CASE NO. 08-4635 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Matthew S. Zeiger, whose business address and telephone number is Zeiger, Tigges & Little LLP, 41 South High Street, Suite 3500, Columbus, Ohio 43215 (614) 365-9905

and who is an active member in good standing of the bar of the Supreme Court of Ohio having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Jeffrey and Lisa Edwards.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 18, 2008

Honorable Maxine M. Chesney
United States District Judge