United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VAN LINES, LLC, | No. C-08-4635 MMC |
| Plaintiff, | **ORDER DENYING MOTION TO APPEAR BY TELEPHONE** |
| v. | |
| JEFFREY W. EDWARDS, et al., | |
| Defendants. / | |

Before the Court is the Motion to Appear by Telephone, filed January 5, 2009, by Matthew S. Zeiger, counsel for defendants, by which motion said counsel requests that he be allowed to appear by telephone at the January 9, 2009 hearing on defendants' motion to dismiss or stay as well as the Case Management Conference to be conducted immediately thereafter.

Ordinarily, the Court would approve the request with respect to the Case Management Conference and, in such circumstances, would order counsel for all parties to appear by telephone.  The Court, however, does not conduct telephonic hearings on contested motions.

Accordingly, the motion is hereby DENIED.  By such denial, the Court is not requiring an appearance by out-of-state counsel; local counsel may appear on behalf of defendants at the hearing on the motion to dismiss or stay and, if necessary, at the Case

Management Conference.

**IT IS SO ORDERED.**

Dated:  January 6, 2009

_____
MAXINE M. CHESNEY
United States District Judge