Matthew S. Zeiger (Ohio Bar # 0075117)
Admitted *pro hac vice*
zeigerm@litohio.com
ZEIGER, TIGGES & LITTLE LLP
41 South High Street, Suite 3500
Columbus, Ohio 43215
Telephone: (614)365-9900
Facsimile: (614) 365-7900

Attorneys for Defendants
JEFFREY W. EDWARDS
and LISA EDWARDS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VAN LINES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY W. EDWARDS and LISA EDWARDS, a married couple and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 08-4635 MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS REQUEST TO APPEAR BY TELEPHONE FOR MEDIATION<br><br>Dept.: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney<br><br>Action Filed: October 6, 2008 |

On March 16, 2009, Defendants Jeffrey Edwards, Lisa Edwards, their Ohio counsel, and Tamara Noland, Plaintiff's client representative, requested to appear by telephone for the mediation scheduled on April 3, 2009.

Based upon Defendants' written submission and Plaintiff's agreement, this Court grants the request to appear by telephone.

Dated: 3/17, 2009

HONORABLE WAYNE D. BRAZIL

Greenan,
Peffer,
Sallander &
Lally LLP

1

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE Case No. 08-4635 MMC