IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED VAN LINES, LLC,

    Plaintiff,

  v.

JEFFREY EDWARDS, et al.,

    Defendants.
                                    /

No. C-08-4635 MMC

**ORDER SETTING STATUS CONFERENCE**

On April 1, 2009, the ADR Case Administrator notified the Court that the mediation scheduled for April 3, 2009 in the above-titled action had been cancelled, in light of the parties' having reached a settlement of the action. (See Docket Entry, dated April 1, 2009.) To date, no dismissal has been filed in light of the settlement, nor have the parties otherwise advised the Court as to the status of the case.

Accordingly, the parties are hereby directed to attend a status conference on May 29, 2009 at 10:30 a.m., and to file a joint status conference statement no later than May 22, 2009.

**IT IS SO ORDERED.**

Dated: May 7, 2009

_____
MAXINE M. CHESNEY
United States District Judge