GREGG S. GARFINKEL, ESQ., S.B. #156632
    ggarfinkel@srclaw.com
PAUL D. SMITH ESQ., S.B. #247836
    psmith@srclaw.com
STONE | ROSENBLATT | CHA
A Professional Law Corporation
21550 Oxnard Street, Main Plaza – Suite 200
Woodland Hills, California  91367
Tel:  (818) 999-2232
Fax:  (818) 999-2269

Attorneys for Plaintiff,
United Van Lines, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VAN LINES, LLC<br><br>             Plaintiff(s),<br><br>   v.<br><br>JEFFREY W. EDWARDS and LISA EDWARDS, a married couple and DOES 1-10<br><br>             Defendants. | Case No.: C-08-4635 MMC<br>*[Complaint filed: 10/6/2008]*<br>*[Assigned for all Purposes to the Honorable Maxine M. Chesney, Ctrm. 7 - 19th Floor]*<br><br>[PROPOSED] ORDER<br>DISMISSING ACTION |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

[PROPOSED] ORDER TO DISMISS

245573

1  Having considered the parties' stipulation to allow Plaintiff UNITED VAN LINES, LLC'S Complaint, Case No. C-08-4635 MMC be dismissed in its entirety with prejudice as to all defendants and pursuant to FCRP 41,

**IT IS SO ORDERED.** The aforementioned case will be deemed dismissed as of the date of this Order.

Dated: May 14, 2009          By: _____
                                 U.S. DISTRICT COURT JUDGE
                                 HON. MAXINE M. CHESNEY

[PROPOSED] ORDER TO DISMISS

245573